| Fill in this information to identify the case: |
|---|
| Debtor 1    Kimberly Monique Scott |
| Debtor 2 |
| United States Bankruptcy Court for the: District of Maryland |
| Case number :   19-25535 |

## Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| **Name of creditor:** | **U.S. Bank Trust National Association as trustee of Tiki Series IV Trust** | **Court claim no.** (if known): | **4** |
|---|---|---|---|
| **Last 4 digits** of any number you use to identify the debtor's account: | **7523** | **Date of payment change:** Must be at least 21 days after date of this notice | **12/01/2020** |
| | | **New total payment:** Principal, interest, and escrow, if any | **$439.69** |

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
   Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment: $303.26**          **New escrow payment: $204.21**

### Part : 2   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**              **New interest rate:**
   **Current Principal and interest payment:**    **New principal and interest payment:**

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   [X] No

   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).
   Reason for change:
   **Current mortgage payment:**              **New mortgage payment:**

Debtor 1 <u>Kimberly Monique Scott</u>      Case number (if known)    <u>19-25535</u>
           First Name     Middle Name     Last Name

## Part 4: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ]  I am the creditor.

[X]  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Christopher Giacinto      Date 10/12/2020
Signature

| | | | |
|---|---|---|---|
| Print: | Christopher Giacinto | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the ___12th___ day of October, 2020.

/S/ Christopher Giacinto

---

CHRISTOPHER GIACINTO
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 19-25535)

Debtor
Kimberly Monique Scott
828 Glenwood Avenue
Baltimore, MD 21212-4301

Attorney
David M. Grossman
201 N Charles Street
Suite 1504
Baltimore, MD 21201

Trustee
Robert S. Thomas, II
300 E Joppa Road, Suite 409
Towson, MD 21286

**Shellpoint Mortgage Servicing**
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

KIMBERLY SCOTT
828 GLENWOOD AVE
BALTIMORE MD  21212

Analysis Date: September 30, 2020
Loan:
Property Address:
828 GLENWOOD AVE
BALTIMORE, MD  21212

### Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Dec 01, 2020 | Prior Esc Pmt | December 01, 2019 |
|---|---|---|---|---|
| P & I Pmt: | $235.48 | $235.48 | P & I Pmt: | $235.48 |
| Escrow Pmt: | $303.26 | $204.21 | Escrow Pmt: | $303.26 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 |
| Total Payment: | $538.74 | $439.69 | Total Payment: | $538.74 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | April 01, 2020 |
| Escrow Balance: | $2,605.22 |
| Anticipated Pmts to Escrow: | $2,426.08 |
| Anticipated Pmts from Escrow (-): | $0.00 |
| Anticipated Escrow Balance: | $5,031.30 |

| Shortage/Overage Information | Effective Dec 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $2,450.56 |
| Required Cushion | $408.43 |
| Required Starting Balance | $2,019.51 |
| Escrow Shortage | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 408.43. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 408.43 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Dec 2019 to Nov 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 2,088.69 | (1,352.19) |
| Dec 2019 | 517.43 | 214.17 | 1,202.64 | | * Hazard | 1,403.48 | (1,138.02) |
| Dec 2019 | 214.17 | | 612.65 | | * City Tax | 1,005.00 | (1,138.02) |
| Dec 2019 | 214.17 | | 612.65 | 612.65 | * County Tax | 606.52 | (1,750.67) |
| Jan 2020 | 303.26 | | | | * | 909.78 | (1,750.67) |
| Feb 2020 | 303.26 | | | | * | 1,213.04 | (1,750.67) |
| Feb 2020 | | 303.26 | | | * Escrow Only Payment | 1,213.04 | (1,447.41) |
| Mar 2020 | 303.26 | | | | * | 1,516.30 | (1,447.41) |
| Mar 2020 | | 303.26 | | | * Escrow Only Payment | 1,516.30 | (1,144.15) |
| Apr 2020 | 303.26 | | | | * | 1,819.56 | (1,144.15) |
| Apr 2020 | | 303.26 | | | * Escrow Only Payment | 1,819.56 | (840.89) |
| Apr 2020 | | | | 12.15 | * City Tax | 1,819.56 | (853.04) |
| May 2020 | 303.26 | | | | * | 2,122.82 | (853.04) |
| Jun 2020 | 303.26 | 303.26 | | | | 2,426.08 | (549.78) |
| Jul 2020 | 303.26 | | 605.58 | | * County Tax | 2,123.76 | (549.78) |
| Jul 2020 | 214.17 | | 605.58 | 635.27 | * City Tax | 1,732.35 | (1,185.05) |
| Aug 2020 | 303.26 | 606.52 | | | * | 2,035.61 | (578.53) |
| Sep 2020 | 303.26 | 303.26 | | | | 2,338.87 | (275.27) |
| Oct 2020 | 303.26 | | | | * | 2,642.13 | (275.27) |
| Nov 2020 | 303.26 | | | | * | 2,945.39 | (275.27) |
| | | | | | Anticipated Transactions | 2,945.39 | (275.27) |
| Nov 2020 | | 2,426.08P | | | | | 2,150.81 |
| | $4,495.80 | $4,763.07 | $3,639.10 | $1,260.07 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Analysis Date: September 30, 2020
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 5,031.30 | 2,019.51 |
| Dec 2020 | 204.21 | 1,202.64 | Hazard | 4,032.87 | 1,021.08 |
| Dec 2020 | | 612.65 | City Tax | 3,420.22 | 408.43 |
| Jan 2021 | 204.21 | | | 3,624.43 | 612.64 |
| Feb 2021 | 204.21 | | | 3,828.64 | 816.85 |
| Mar 2021 | 204.21 | | | 4,032.85 | 1,021.06 |
| Apr 2021 | 204.21 | | | 4,237.06 | 1,225.27 |
| May 2021 | 204.21 | | | 4,441.27 | 1,429.48 |
| Jun 2021 | 204.21 | | | 4,645.48 | 1,633.69 |
| Jul 2021 | 204.21 | 635.27 | City Tax | 4,214.42 | 1,202.63 |
| Aug 2021 | 204.21 | | | 4,418.63 | 1,406.84 |
| Sep 2021 | 204.21 | | | 4,622.84 | 1,611.05 |
| Oct 2021 | 204.21 | | | 4,827.05 | 1,815.26 |
| Nov 2021 | 204.21 | | | 5,031.26 | 2,019.47 |
| | $2,450.52 | $2,450.56 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

**New Escrow Payment Calculation**

| | |
|---|---|
| Unadjusted Escrow Payment | $204.21 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $204.21 |

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.